# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00127-CV

**Terri Rivera, Appellant**

v.

**Deutsche Bank National Trust Company,
as Trustee for Morgan Stanley Structured Trust I 2007-1, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-002441, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Terri Rivera has notified this Court that she no longer wishes to pursue her appeal and has filed a motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellee Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Structured Trust I 2007-1, and it does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   May 7, 2014